# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-00024-GMN-PAL-1 |
| Plaintiff, | |
| vs. | **ORDER** |
| GLENN CWIKLA, | |
| Defendant. | |

On December 17, 2019, the Court conducted a revocation hearing as to defendant Glenn Cwikla. At the hearing, defense counsel Robert O'Brien requested the Defendant be allowed to reside in a halfway house until the final revocation hearing which is set for January 17, 2020, at 8:30 a.m.

Accordingly,

**IT IS HEREBY ORDERED** that the Defendant shall reside in a halfway house until January 20, 2020.

**DATED** this __18__ day of December, 2019.

_____
Gloria M. Navarro, District Judge
United States District Court