RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ROBERT E. O'BRIEN
Assistant Federal Public Defender
Nevada State Bar No. 10944
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Robert_OBrien@fd.org

Attorney for Glenn Cwikla

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>GLENN CWIKLA,<br><br>                Defendant. | Case No. 2:13-cr-00024-GMN-PAL<br><br>**STIPULATION TO VACATE THE REVOCATION HEARING AND TERMINATE THE PETITION** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kimberly Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Robert E. O'Brien, Assistant Federal Public Defender, counsel for Glenn Cwikla, that the Revocation Hearing currently scheduled on May 22, 2020 at 1:30 p.m. be vacated and the Petition for Warrant for Offender Under Supervision (ECF No. 37) and Addendum to the Petition (ECF No. 49) be dismissed.

This Stipulation is entered into for the following reasons:

1. Glenn Cwikla has been out of custody since November 21, 2019, and has been compliant on his supervised release requirements since that time;

2. Based on Mr. Cwikla's performance on supervised release, his Probation Officer and the United States Attorney's Office recommends that the petition and addendum should be dismissed; and

3. Mr. Cwikla agrees that dismissal is appropriate.

This is the first request for a continuance of the Revocation Hearing.

DATED this 18th day of May, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Robert E. O'Brien*<br>ROBERT E. O'BRIEN<br>Assistant Federal Public Defender | By */s/Kimberly M. Frayn*<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GLENN CWIKLA,<br><br>　　　　Defendant. | Case No. 2:13-cr-00024-GMN-PAL<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled for May 22, 2020 at 1:30 p.m. is vacated.

　　IT IS FURTHER ORDERED that, at the request of the parties, the Petition for Warrant for Offender Under Supervision (ECF No. 37) and Addendum to the Petition (ECF No. 49) are dismissed.

　　DATED this __19__ day of May, 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3