NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard So., Suite 1100
Las Vegas, Nevada  89101
Phone: (702) 388-6336
Fax: (702) 388-5087
Kimberly.Frayn@usdoj.gov
*Representing the United States*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-cr-00024-GMN-PAL |
| Plaintiff, | |
| v. | |
| GLENN CWIKLA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between, Nicholas A. Trutanich, United States Attorney, District of Nevada, and Kimberly M. Frayn, Assistant United States Attorney, representing the goverment, and Rene L. Valladares, Federal Public Defender, District of Nevada, and Robert O'Brien, Assistant Federal Public Defender, counsel for defendant GLENN CWIKLA, that the government's time to respond to defendant's

motion for early termination of supervision, ECF No. 70, shall be extended for 10 days, until December 17, 2020.

This stipulation is entered into for the following reasons:

1. On or about November 23, 2020, the defendant filed a motion seeking to terminate his supervised release term early. ECF No. 70. The government's response is due on December 7, 2020. Undersigned government counsel will be on medical leave from December 2, 2020, until at least December 8, 2020, and will be unavailable to draft an appropriate responsive pleading by the current filing deadline. Accordingly the government is requesting a 10 day extension, to and including December 17, 2020, in which to file its response.

2. Defense counsel agrees to the 10-day extension of time. Defendant Cwikla is not in custody and has agreed to the government's request.

3. The brief extension of time requested herein will not result in undue delay, will not overly prejudice the defendant, and will allow the government continuity of counsel.

This is the first request to extend the government's time to file a response.

DATED this 1st day of December, 2020.

Respectfully submitted,

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| *//s// Robert O'Brien*<br>ROBERT O'BRIEN,<br>Assistant Federal Public Defender<br>Attorney for Defendant CWIKLA | *//s//Kimberly M. Frayn*<br>KIMBERLY M. FRAYN<br>Assistant U.S. Attorney |

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:13-cr-00024-GMN-PAL |
| vs. | ) |
| | ) O R D E R |
| GLENN CWIKLA, | ) |
| Defendant. | ) |

Based on the pending Stipulation between the government and counsel for defense, and good cause appearing therefore;

IT IS HEREBY ORDERED that the government shall file its response to defendant's motion for early termination of supervision, ECF No. 70, on or before December 17, 2020.

IT IS SO ORDERED.

Dated this __1__ day of December, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT